Case 2:25-cv-02263-GW-SSC    Document 27    Filed 06/06/25    Page 1 of 3    Page ID #:209

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>vs.<br><br>JAIME S. SCHWARTZ, MD, an individual, et al.,<br><br>            Defendants. | Case No.: CV 25-2263-GW-SSCx<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING STIPULATION TO RELATE AND CONSOLIDATE** |

- 1 -

2:25-CV-00898-GW-SSC
ORDER RE: STIPULATION TO CONSOLIDATE

157914039.1

# ORDER

The Court, having considered the Stipulation to Consolidate filed by the parties, and finding good cause, hereby APPROVES the Stipulation as follows:

1. The Court finds this action and the actions entitled *Doe 1 v. Schwartz, et al.*, Case No. 2:25-cv-02263, *Jane Doe v. Jaime S. Schwartz MD PC, et al.*, Case No. 2:25-cv-03993; and *Tuulik, et al. v. Schwartz, et al.*, Case No. 2:25-cv-04446-DMG-JPR (the four actions together the "Related Actions") to be related. This action, being the low-numbered action, shall be deemed the lead case.

2. The Court hereby CONSOLIDATES this action and the other Related Actions pursuant to Federal Rule of Civil Procedure 42. All future filings shall be filed under Case No. 2:25-CV-00898. The Clerk's Office is directed to add the parties and counsel in 2:25-CV-00898.

3. Case Nos. 2:25-cv-02263, 2:25-cv-03993, and 2:25-cv-04446, are administratively closed.

4. The title of the consolidated cases shall be *In re Jaime S. Schwartz, MD, Data Security Litigation*.

5. Any future actions filed in or transferred to the Central District of California arising from the alleged data breaches of Jaime S. Schwartz, MD, Jaime S. Schwartz, MD PC, Karen L. Herbst, MD, Karen L. Herbst, MD PC, Total Lipedema Care, and/or Modernizing Medicine, Inc. in or about October 2023 and March 2024 shall be consolidated with this action and administratively closed upon filing or transfer.

6. Counsel for all parties shall promptly notify the Court by way of a Notice of Related Case if they become aware of any action filed relating to the subject matter of this case, whether in the Central District of California or elsewhere. Counsel shall also take all necessary steps to promptly notify the courts in which any such action(s) are pending of the existence of this consolidated proceeding.

7. Plaintiffs in the consolidated actions shall file a consolidated complaint

within 30 days of an order appointing Interim Class Counsel.

8. Plaintiffs' Motion to Consolidate and to Appoint Interim Class Counsel (ECF No. 34) shall remain on calendar as scheduled on June 26, 2025 at 8:30 a.m. in Courtroom 9D. As the parties have stipulated to consolidation, no further briefing or argument is necessary on that aspect of Plaintiffs' Motion.

**It is SO ORDERED**

Dated: June 6, 2025

_____
HON. GEORGE H. WU
United States District Judge